Adam J Schwartz (SBN 251831)
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
adam@ajschwartzlaw.com
(323) 455-4016

[Additional counsel appear on signature page]

*Attorney for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TREVOR BARNES and STEPHANIE BROWN, individually and on behalf of all others similarly situated,<br><br><div align=center>Plaintiff,</div><br>v.<br><br>SUNPOWER CORPORATION<br><br><div align=center>Defendant.</div> | Case No. 4:22-cv-4299-TLT<br><br>**ATTACHMENT "A" TO THE PARTIES' JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER** |

Plaintiffs Trevor Barnes ("Mr. Barnes") and Stephanie Brown ("Ms. Brown") (together "Plaintiffs") along with the defendant SunPower Corporation ("SunPower") respectfully submit this Attachment "A" in support of their Joint Case Management Statement.

With respect to scheduling, Plaintiff proposes the following schedule:

| EVENT | DATE |
|---|---|
| Deadline to join other parties and to amend pleadings | February 23, 2023 |
| Deadline to exchange Federal Rule of Civil Procedure 26(a)(2) expert witness disclosures, including available dates for deposition | May 23, 2023 |
| Deadline to exchange expert witness rebuttal reports | June 23, 2023 |

| EVENT | DATE |
|---|---|
| Deadline to complete expert depositions and Fact Discovery | July 21, 2023 |
| Deadline to file motions for summary judgment | September 4, 2023 |
| Deadline for Plaintiff to file motion for class certification | September 25, 2023 |
| Deadline for Parties to file a supplemental case management plan | Ten days after the Court's ruling on the class certification motion |

Defendant disagrees with Plaintiff's proposed schedule above and proposes a phased/bifurcated discovery schedule:

1.    Discovery as to the merits of Plaintiffs' claims to proceed for a period of 120 days after entry of the Court's scheduling order;

2.    Opening summary judgment motions as to the merits of Plaintiffs' individual claims be due no later than thirty (30) days thereafter (though summary judgment motions may be filed at any point prior to this deadline);

3.    Oppositions to summary judgement due thirty (30) days after service of opening motions; and

4.    Reply briefs in support of summary judgment due fifteen (15) days after service of oppositions.

Defendant further proposes the Court set a further case management conference, at the Court's convenience, to occur after the Court has ruled on summary judgment motions relating to Plaintiff's individual claims to set, if necessary, a schedule for class-related discovery.

ATTACHMENT "A" TO JOINT CASE MANAGEMENT STATEMENT
*Barnes, et. al. v. SunPower Corporation*, Case No. 4:22-cv-4299

RESPECTFULLY SUBMITTED AND DATED on October 14, 2022.

By: */s/ Anthony I. Paronich*

Anthony I. Paronich, *Admitted Pro Hac Vice*
anthony@bparonichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

Edward A. Broderick, *Admitted Pro Hac Vice*
ted@broderick-law.com
BRODERICK LAW,  P.C.
99 High Street, Suite 304
Boston, Massachusetts 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

*Attorneys for Plaintiff and the Proposed Classes*

Dated: October 14, 2022                 MANATT, PHELPS & PHILLIPS, LLP

By: /S/ *Alexandra N. Krasovec*
Christine M. Reilly
Alexandra N. Krasovec
Erin M. Gilmore

*Attorneys for Defendant*
*SunPower Corporation*

- 3 -

ATTACHMENT "A" TO JOINT CASE MANAGEMENT STATEMENT
*Barnes, et. al. v. SunPower Corporation*, Case No. 4:22-cv-4299

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTACHMENT "A" TO JOINT CASE MANAGEMENT STATEMENT
*Barnes, et. al. v. SunPower Corporation*, Case No. 4:22-cv-4299