UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR BARNES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SUNPOWER CORPORATION,<br><br>    Defendant. | Case No. 22-cv-04299-TLT<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 28 |

Plaintiff's counsel failed to appear at the case management conference on February 16, 2023. Defendant's counsel appeared at that proceeding in compliance with the Court's orders.

Accordingly, the Court **ORDERS** Plaintiff's counsel to show cause why the Court should not impose sanctions for counsel's failure to appear at the conference and why counsel did not notify the opposing party of their anticipated non-appearance.

By **March 9, 2023**, Plaintiff's counsel shall file a declaration under penalty of perjury explaining their non-appearance or inability to have someone appear on their behalf. An order to show cause hearing is set for **March 21, 2023,** at 2:00 p.m. in San Francisco, Courtroom 09, 19th Floor, before Judge Trina L. Thompson. Plaintiff's counsel must appear in person at the hearing.

**IT IS SO ORDERED.**

Dated: February 16, 2023

                                                    TRINA L. THOMPSON<br>
                                                    United States District Judge