Edward A. Broderick, *Admitted Pro Hac Vice*
ted@broderick-law.com
BRODERICK LAW, P.C.
176 Federal St., 5th Floor
Boston, Massachusetts 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

[Additional counsel appear on signature page]

*Attorney for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TREVOR BARNES and STEPHANIE BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION<br><br>Defendant. | Case No. 3:22-cv-4299-TLT<br><br>**DECLARATION OF EDWARD A. BRODERICK IN RESPONSE TO SHOW CAUSE ORDER FOR FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE (ECF 32)**<br><br>DATE:  MARCH 21, 2022<br>TIME: 2:00 P.M.<br>CTRM: 9<br>JUDGE: HON. TRINA L. THOMPSON |

I, Edward A. Broderick, declare under penalties of perjury:

1. I am counsel for Plaintiffs Trevor Barnes and Stephanie Brown in the above-captioned action and submit this declaration in response to the Court's Order to Show Cause for Failure to Appear at Case Management Conference.

2. I apologize to the Court and opposing counsel for failing to appear via Zoom for the Case Management Conference.

3.  I mistakenly thought that my co-counsel was covering the status conference when it was in fact my responsibility. The error was entirely mine.

4.  I am terribly embarrassed by my error. In 29 years of practice I have never failed to appear for a court hearing, nor have I been sanctioned. I regret the mistake and wasting the Court's time and that of opposing counsel.

5.  I will appear in person before the Court on March 21, 2023 at 2:00 pm for the hearing on the Order to Show Cause as well as Defendant Sunpower Corporation's pending motion to dismiss.

SIGNED UNDER PENALTIES OF PERJURY THIS 17th DAY OF FEBRUARY 2023 IN THE COMMONWEALTH OF MASSACHUSETTS.

*/s/ Edward A. Broderick*
Edward A. Broderick

PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF\S COMPLAINT AND/OR TO STRIKE THE CLASS ALLEGATIONS
*Barnes and Brown v. SunPower Corporation, No. 3:22-cv-4299-TLT*