UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR BARNES, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>SUNPOWER CORPORATION,<br><br>  Defendant. | Case No.  22-cv-04299-TLT<br><br>**ORDER DISMISSING CASE FOR FAILURE TO FILE AN AMENDED COMPLAINT** |

On March 16, 2023, the Court entered an Order dismissing plaintiff's complaint with leave to amend.  *See* ECF No. 36.  Plaintiff's amended complaint was due by March 30, 2023.  *Id.*

As of the date of this Order, plaintiff has not filed an amended complaint.  Thus, the Order of dismissal stands, and the case is dismissed.  *See Yourish v. Cal. Amplifier*, 191 F.3d 983, 989 (9th Cir. 1999) (affirming dismissal of action following plaintiff's failure to amend complaint after receiving leave to do so, where the interest in expeditious resolution of litigation, the court's management of its docket, and avoiding prejudice to defendants favored dismissal).

The Clerk of the Court shall close the file and not accept any further filings in this case.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: April 6, 2023

TRINA L. THOMPSON
United States District Judge